# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN CHAKER-DELNERO,

    Plaintiff,

vs.

NEVADA FEDERAL CREDIT UNION, *et al.*,

    Defendants.

Case No. 2:06-cv-00008-BES-GWF

**ORDER**

Motion to Seal (#25)

    This matter comes before the Court on Plaintiff Darren Chaker-Delnero's ("Chaker") Motion to Seal (#25), filed on December 10, 2012. Under Federal Rule of Civil Procedure 5.2(a)(4), filings with the Court that contain a financial account number may contain only the last four digits of the number. Attachment 1 to Craig Fiedberg's Declaration (#6-2), however, contains Chaker's entire financial account number, which was not redacted at the time of filing. *See Doc. #6-2* at 2, 4, and 6. Accordingly,

    **IT IS HEREBY ORDERED** that Chaker's Motion to Seal Partial Record (#25) is **granted.**

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall seal Attachment 1 to the Declaration of Craig B. Friedberg (#6-2).

    DATED this 18th day of December, 2012.

                                           GEORGE FOLEY, JR.
                                           United States Magistrate Judge