# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN CHAKER-DELNERO,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA FEDERAL CREDIT UNION, *et al.*,<br><br>        Defendants. | Case No. 2:06-cv-00008-BES-GWF<br><br>**ORDER**<br><br>Motion to Seal (#25) |

      This matter comes before the Court on Plaintiff Darren Chaker-Delnero's ("Chaker") Motion to Seal (#25), filed on December 10, 2012.  Under Federal Rule of Civil Procedure 5.2(a)(4), filings with the Court that contain a financial account number may contain only the last four digits of the number.  Attachment 1 to Craig Fiedberg's Declaration (#6-2), however, contains Chaker's entire financial account number, which was not redacted at the time of filing.  *See Doc. #6-2* at 2, 4, and 6.  Accordingly,

      **IT IS HEREBY ORDERED** that Chaker's Motion to Seal Partial Record (#25) is **granted.**

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall seal Attachment 1 to the Declaration of Craig B. Friedberg (#6-2).

      DATED this 18th day of December, 2012.

                                      */s/ George Foley Jr.*
                                      GEORGE FOLEY, JR.
                                      United States Magistrate Judge