Darren Chaker
1140 Wall Street #77
La Jolla, CA 92038
DarrenChaker@Gmail.com
Self-Represented

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN CHAKER-DELNERO,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA FEDERAL CREDIT UNITON,<br><br>et. al.<br><br>Defendant. | Case No.: 2:06-cv-00008-BES-EJY<br><br>PETITION TO REOPEN CASE |

COMES NOW PLAINTIFF DARREN CHAKER and files this Petition to Reopen Case.

The statute Plaintiff seeks to seal records under was enacted in 2019. Judicial Council Forms were made available to utilize the statute in 2020. Due to the serious nature of the issues contained in the papers presented to this honorable court and recent enactment of the statute allowing Plaintiff a statutorial basis to rely on, it is requested this matter is reopened for the limited purpose of deciding the motion before it.

DATED: June 16, 2021

Respectfully submitted,

Darren Chaker
Plaintiff