UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARREN CHAKER-DELNERO, | Case No. 2:06-cv-00008-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA FEDERAL CREDIT UNION, *et al.* | |
| Defendants. | |

Pending before the Court is Plaintiff's Application to File Under Seal (ECF No. 44).  Plaintiff seeks to file a Supplemental Objection to a Magistrate Judge's Order under seal.  However, a review of the docket shows the last Magistrate Judge's Order was issued on February 24, 2022 (ECF No. 40) and no objection to that Order was filed.  *See* Docket, generally.  In fact, the docket reflects no outstanding objections to any orders issued in this case.  *Id*.  Thus, there is nothing to supplement and any new objection would be untimely.  LR IB 3-1(a).  Defendant is further advised this matter is closed and filings under this matter are fugitive documents.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to File Under Seal (ECF No. 44) is DENIED as moot.

DATED this 23rd day of March, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE