UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN CHAKER-DELNERO,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA FEDERAL CREDIT UNION, *et al.*<br><br>Defendants. | Case No. 2:06-cv-00008-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Application to File Under Seal. ECF No. 47. This is the latest in a series of Applications to Seal that have been filed in this case since May 2021. ECF Nos. 27, 30, 33, 35, 39, 41, 44.

A review of the docket in this case reveals that the arguments made by Plaintiff have already been addressed by the Court in previous Orders. ECF Nos. 32, 36, 42. The repeated filing of the same motion seeking the same relief will not alter the outcome sought by Plaintiff. Continued filings by Plaintiff seeking relief already addressed could lead the Court to exercise its discretion under 28 U.S.C. § 1651(a) to declare Plaintiff a vexatious litigant, which would block future access to the federal courts. *See De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990) ("Flagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants.").

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to File Under Seal (ECF No. 47) is DENIED as moot and with prejudice.

DATED this 11th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1